United States District Court
Middle District of Florida
Tampa Division

**GLADYS SANTIAGO,**
        *Plaintiff,*

v.                                                                      **NO. 8:24-cv-1552-PDB**

**COMMISSIONER OF SOCIAL SECURITY,**
        *Defendant.*

---

## Order

The Commissioner of Social Security moves to reverse the decision below and remand the case for further administrative proceedings. Doc. 20. Considering the absence of opposition and the authority described in the motion, the Court:

1. **grants** the motion, Doc. 20;

2. **reverses** the decision under sentence four of 42 U.S.C. § 405(g);

3. **remands** the case with directions to "(1) reevaluate the evidence in accordance with the agency's regulations and policies; (2) take any further action needed to complete the administrative record, including offering [Santiago] the opportunity for a new hearing; and (3) issue a new decision on the issue of disability prior to April 30, 2021[,]"; and

4. **directs** the clerk to enter judgment for Gladys Santiago and against the Commissioner of Social Security and close the file.

**Ordered** in Jacksonville, Florida, on February 7, 2025.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*